Elizabeth W. Fleming
104 Center Ave.  Suite 201A
Kodiak, AK  99615
907 512 0790
ewfleming@lawonkodiak.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA MARINE SURVEYORS, INC. | ) <br> ) <br> ) |
| v. | ) <br> ) |
| THE UNITED STATES OF AMERICA | ) <br> ) <br> ) |

## COMPLAINT

COMES NOW Plaintiff Alaska Marine Surveyors, Inc., for its COMPLAINT against the United States of America, who alleges and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Alaska Marine Surveyors, Inc., (hereinafter, "Alaska Marine") is a properly registered business entity in the State of Alaska located in Kodiak, Alaska.

2. On May 4, 2022, at Kodiak, Alaska, in the District of Alaska, an employee of the United States Department of the Interior, Fish and Wildlife Service ("FWS") negligently drove a FWS vehicle into a truck belonging to Plaintiff, causing damage in the amount of approximately $3366.97.  At the time of this collision, the FWS vehicle was moving, being driving by an FWS employee, when it crashed into the Alaska Marine vehicle, which was stationary.

3. Alaska Marine timely presented its claim to the Department of the Interior, ("DOI") FWS, on May 17, 2022. (Exh. 1, SF 95 and repair estimate).

4. After the DOI denied this claim on December 27, 2022, (Exh. 2), Plaintiff filed a timely request for reconsideration. Exh. 3, dated February 22, 2023.

5. The DOI denied this request on May 5, 2023, Exh. 4, and later followed up with an email stating the reason for the denial was a review of the State of Alaska's "applicable" "contributory negligence laws." Exh. 5.

6. The State of Alaska is, by statute, a comparative negligence jurisdiction. AS 09.17.060, *see also Smith v Ingersoll-Rand*, 14 P.3d 990 (Alaska 2000).

7. The Plaintiff invokes the jurisdiction of this Honorable Court under 28 U.S.C. § 1346(b) and 28 U.S.C. § 1331.

8. Pursuant to 28 U.S.C. § 2679(b), a/k/a the "Federal Driver's Act," Plaintiff is excluded from pursuing any other avenue of redress other than as provided under 28 U.S.C. § 1346(b) and 28 U.S.C. § 2672.

## FACTUAL ALLEGATIONS

9. On May 4, 2022, at Kodiak, Alaska, in the District of Alaska, Mr. Josh Lewis, an employee of the United States Department of the Interior, Fish and Wildlife Service ("FWS") negligently drove a FWS vehicle into a truck belonging to Plaintiff, causing damage in the amount of approximately $3366.97. At the time of this collision, the FWS vehicle was moving and actively driven by an FWS employee in the scope of his employment. At the time of the collision, Plaintiff's vehicle was stationary.

10. The FWS employee was negligent in failing to watch where he was going when he was driving.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Alaska Marine Surveyors, Inc., prays as follows:

That judgment be entered against the United States in an amount sufficient to compensate him for the damages to his vehicle on May 4, 2022;

For attorneys fees and cost allowable by law;

For such other relief as may be just and appropriate.

This 21st Day of September 2023, at Kodiak Alaska.

*/s/ Elizabeth W. Fleming*

Elizabeth W. Fleming
Alaska Bar No 0911052
Attorney for Plaintiff Alaska Marine Surveyors, Inc.

104 Center Ave. Suite 201A
Kodiak, AK 99615
907 512 0790
ewfleming@lawonkodiak.com